JOSEPH PASQUALONI et al., Appellants, v. SYLVIA WANDERMAN et al., Defendants, and RICHARD QUINLAN et al., Respondents.

Christ, Acting P. J., Brennan, Hopkins, Benjamin and Munder, JJ., concur.